**Opinion issued October 8, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00888-CV

————————————

**SWN PRODUCTION (LOUISIANA), LLC, Appellant**

**V.**

**BELAND ENERGY, LLC, Appellee**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-29142**

---

## MEMORANDUM OPINION

Appellant, SWN Production (Louisiana), LLC, filed a notice of appeal from the trial court's November 8, 2023 order. On February 23, 2024, appellant filed a motion to abate the appeal representing that the appellant and appellee, Beland Energy, LLC, had "reached a settlement in principle that would result in the

voluntary dismissal of this appeal." In order to "save the parties' and the Court's resources," appellant requested abatement of the appeal "while the parties finalize[d] the settlement." The Court granted the motion and abated the appeal pending settlement.

On September 20, 2024, appellant filed an "Agreed Motion to Dismiss Appeal." In its motion, appellant stated that the parties had "reached a full and final settlement of the matters at issue in this appeal," and therefore "request[ed] that the Court dismiss the appeal." The motion further requested for each party to bear its own costs of appeal.

No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c). Further, appellant's motion includes a certificate of conference stating that appellee "agree[d] to the relief requested in th[e] motion." *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we reinstate this appeal to the Court's active docket, grant appellant's motion to dismiss, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We further direct the Clerk of this Court that costs are to be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Goodman and Guerra.